

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00004-CV

**RATTLESNAKE RIDGE VENTURES, LLC**,
Appellant

v.

Alicia **ORTIZ**, Individually and as Next Friend of M.D.M. and A.D.M.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-21-372
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's December 15, 2021 order denying Rattlesnake Ridge Ventures, LLC's special appearance is REVERSED.

We VACATE the trial court's January 10, 2022 order granting Alicia Ortiz's motion to show authority and striking Rattlesnake Ridge Ventures, LLC's special appearance and answer pleadings.

We RENDER judgment dismissing Alicia Ortiz's claims against Rattlesnake Ridge Ventures, LLC for want of personal jurisdiction.

We tax costs of court for this appeal against Alicia Ortiz.

Rattlesnake Ridge Ventures, LLC's June 28, 2022 motion to stay trial court proceedings is MOOT.

SIGNED August 3, 2022.

_____
Patricia O. Alvarez, Justice